Babak Termechi, (SBN 318361)
bobby@termechilaw.com
Cody Cooper, (SBN 304730)
ccooper@termechilaw.com
Shelby Radfar (SBN 349574)
sradfar@termechilaw.com
Jessica Sanderson, (SBN 349901)
jsanderson@termechilaw.com
TERMECHI EMPLOYMENT LAW
15760 Ventura Blvd., Suite 2000
Encino, CA 91436
Telephone: (310) 974-3324

Attorney for Plaintiff
VINCENT SAPP

KATHY H. GAO (SB# 259019)
CAROLYN E. SIEVE (SB# 182763)
kathygao@gbgllp.com
carolynsieve@gbgllp.com
GBG LLP
633 West 5th Street, Suite 1500
Los Angeles, CA 90071
Telephone: (213) 358-2810
Facsimile: (213) 995-6382

Attorneys for Defendants
G2 SECURE STAFF, L.L.C.,
MENZIES AVIATION (USA) INC., and
DELTA AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SAPP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>G2 SECURE STAFF, LLC., a limited liability company; MENZIES AVIATION (USA) INC., a corporation; DELTA AIRLINES, INC., a corporation; JIMMY DOE an individual; WILL DOE, an individual; CHRIS SANDERS, an individual; HOSIAH SMITH, an individual; MEGAN DOE, an individual; SUA SINAPATI SIITA, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03264-WBS-AC<br><br>**STIPULATION TO REMAND ACTION TO STATE COURT; ORDER THEREON** |

Case No. 2:25-cv-03264-WBS-AC                    STIPULATION TO REMAND ACTION TO
                                                                           STATE COURT; ORDER THEREON

Plaintiff Vincent Sapp ("Plaintiff") and Defendants G2 Secure Staff, L.L.C. ("G2"), Menzies Aviation (USA) Inc. ("Menzies"), and Delta Airlines, Inc. ("Delta") (collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 29, 2025, Plaintiff filed a complaint in the Superior Court for the State of California for the County of Sacramento, entitled *Vincent Sapp v. G2 Secure Staff, LLC et al.*, Case No. 25CV023124 (the "Action"), alleging: (1) discrimination based on victim status of qualifying act of violence in violation of the California Fair Employment and Housing Act ("FEHA"); (2) retaliation in violation of FEHA; (3) failure to prevent discrimination, harassment and/or retaliation in violation of FEHA; (4) negligent hiring, retention, and/or supervision; (5) failure to provide reasonable accommodations in violation of FEHA; (6) failure to engage in the interactive process in violation of FEHA; (7) wrongful termination in violation of public policy; (8) retaliation in violation of California Labor Code sections 1102.5 and 98.6; (9) intentional infliction of emotional distress; (10) failure to provide meal breaks; (11) failure to provide rest breaks; (12) failure to provide accurate wage statements; (13) waiting time penalties; and (14) failure to permit inspection of personnel file and payroll records (the "Complaint");

WHEREAS, on November 10, 2025, Defendant G2, with the consent of the other defendants who had been served in the action, Menzies and Delta, removed the Action to the United States District Court, Eastern District of California based on diversity jurisdiction;

WHEREAS, on December 9, 2025, Plaintiff filed a Motion to Remand the Action to state court on the grounds that, as alleged in the Complaint, the unserved individual defendants, Jimmy Doe, Will Doe, Chris Sanders, Hosiah Smith, Megan Doe, and Sua Sinapati Siita (collectively, the "Individual Defendants"), "are directors, officers, and/or managing agents of G2, Menzies, and Delta"[1] and that they are all citizens of California (the "Remand Motion");

WHEREAS, Defendants dispute that any plausible cause of action can be stated against the Individual Defendants; and

---

[1] *See* Dkt. No. 8-1, Plaintiff's Motion to Remand, at 4:20-8:3.

WHEREAS, the Parties met and conferred following the filing of Plaintiff's Remand Motion and, in the interest of conserving the Parties' and the Court's resources, agree to stipulate to remand the Action to the Superior Court of California for the County of Sacramento.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiff shall withdraw his Motion to Remand (Dkt. No. 8) and all accompanying documents;

2. This Action shall be remanded to the Superior Court of the State of California for the County of Sacramento; and

3. The Parties shall bear their own costs and fees in connection with the removal and the Remand Motion.

DATED: December 19, 2025     TERMECHI EMPLOYMENT LAW

BY:  */s/ Shelby Radfar (as authorized on 12/19/2025)*
           Shelby Radfar
Attorneys for Plaintiff
VINCENT SAPP

DATED: December 19, 2025     GBG LLP

BY:  */s/ Kathy H. Gao*
           Kathy H. Gao
Attorneys for Defendants
G2 SECURE STAFF, L.L.C., MENZIES AVIATION (USA) INC., and DELTA AIRLINES, INC.

**ORDER**

Pursuant to the Parties' Stipulation to Remand Action to State Court, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff withdraws his Motion to Remand (Dkt. No. 8) and all accompanying documents;

2. This Action is hereby remanded to the Superior Court of the State of California for the County of Sacramento; and

3. The Parties shall bear their own costs and fees in connection with the removal and the Remand Motion.

**IT IS SO ORDERED.**

Dated:  December 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE